■ In the Matter of TOWN OF GREENBURGH, Appellant, v NEW YORK STATE BOARD OF EQUALIZATION AND ASSESSMENT, Respondent. [643 NYS2d 409]

The petitioner failed to demonstrate that the methodology for computing its equalization rate was not rational and that

the equalization rate was not supported by substantial evidence (*see, Matter of Town of Greenburgh v New York State Bd. of Equalization & Assessment,* 226 AD2d 546; *Matter of Town of Harrison v New York State Bd. of Equalization & Assessment,* 226 AD2d 548; *Incorporated Vil. of Lynbrook v New York State Bd. of Equalization & Assessment,* 209 AD2d 765, 766; *Matter of City of White Plains v New York State Bd. of Equalization & Assessment,* 205 AD2d 771, 772; *Matter of Town of Patterson v State Bd. of Equalization & Assessment,* 168 AD2d 820, 821). Ritter, J. P., Pizzuto, Santucci and Krausman, JJ., concur.